UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

　　　　　v.                              Case No.  07-cr-121-01-SM

Charles Alexander Moz

O R D E R

Defendant Moz's motion to continue the final pretrial conference and trial is granted (document 30).   Trial has been rescheduled for the January 2008 trial period.   Defendant Moz has filed a waiver of speedy trial.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

　　**Final Pretrial Conference:**  December 19, 2007 at 4:00 p.m.

　　**Jury Selection**:  January 8, 2008 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

October 25, 2007

cc:  Daniel S. Adkins, Esq.
   H. Paul Carroll, Esq.
   Bjorn Lange, Esq.
   Helen Fitzgibbon, AUSA
   US Probation
   US Marshal