UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                                     Case No.  07-cr-121-01-SM

Charles Alexander Moz

O R D E R

Defendant Moz's motion to continue the final pretrial conference and trial is granted (document 40).   Trial has been rescheduled for the May 2008 trial period.   Defendant Moz shall file a waiver of speedy trial rights not later than March 3, 2008.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    **Final Pretrial Conference:**  April 24, 2008 at 3:30 p.m.

    **Jury Selection**:  May 6, 2008  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

February 25, 2008

cc:  Daniel S. Adkins, Esq.
 H. Paul Carroll, Esq.
 Bjorn Lange, Esq.
 Helen Fitzgibbon, AUSA
 US Probation
 US Marshal